# UNITED STATES DISTRICT COURT
## for the
## District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Cesar Sagid Alvarado Ruiz,<br>a.k.a.: Cesar Alvarado Ruiz,<br>a.k.a.: Cesar Sagid Alvarado-Ruiz,<br>(A 206 099 096)<br>*Defendant* | )<br>)<br>) Case No. 16-9445mj<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of January 14, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Cesar Sagid Alvarado Ruiz, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at San Luis, Arizona, on or about October 28, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA James R. Knapp

☒ Continued on the attached sheet.

*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 23, 2016

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On January 14, 2016, Cesar Sagid Alvarado Ruiz was arrested by the Arizona Department of Public Safety and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Alvarado Ruiz was examined by ICE Officer F. Garcia who determined Alvarado Ruiz to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On November 22, 2016, Alvarado Ruiz was released from the Arizona Department of Corrections and transported to the Phoenix ICE office for further investigation and processing. Alvarado Ruiz was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Cesar Sagid Alvarado Ruiz to be a citizen of Mexico and a previously deported alien. Alvarado Ruiz was removed from the United

1

States to Mexico through San Luis, Arizona, on or about October 28, 2015, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Alvarado Ruiz in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Alvarado Ruiz's immigration history was matched to him by electronic fingerprint comparison.

4. On November 22, 2016, Cesar Sagid Alvarado Ruiz was advised of his constitutional rights. Alvarado Ruiz freely and willingly agreed to provide a statement under oath. Alvarado Ruiz stated that his true and complete name is Cesar Sagid Alvarado Ruiz and that he is a citizen of Mexico. Alvarado Ruiz stated that he illegally entered the United States in 2015, through "Sonoita," without inspection by an immigration officer. Alvarado Ruiz further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about January 14, 2016, Cesar Sagid Alvarado Ruiz, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at San Luis, Arizona, on or about October 28, 2015, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 23rd day of November, 2016.

_____
Eileen S. Willett,
United States Magistrate Judge